(Rev. 5/1/13)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_New Orleans_ DIVISION

_Andrew Wetzel_  Civil Action No. _____ SEC. P
Plaintiff

Prisoner # _539179_           **16-5765**

VS.                Judge

_Robert Tanner_  Magistrate Judge **SECT. 1 MAG. 2**
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

  a. Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes [✓]   No [ ]

  b. If your answer to the preceding question is "Yes," provide the following information.

   1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

      _Several_

   2. Name the parties to the previous lawsuit(s):

      Plaintiffs: _____
      Defendants: _____

   3. Docket number(s): _____

   4. Date(s) on which each lawsuit was filed: _____

   5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

TENDERED FOR FILING

MAY - 9 2016

U.S. DISTRICT COURT
Eastern District of Louisiana

(Rev. 5/1/13)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [✓]  No [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

Several

II. a. Name of institution and address of current place of confinement:

DWCC/DOC 620 Bell Hill RD Homer, LA 71040

b. Is there a prison grievance procedure in this institution?

Yes [✓]  No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]  No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

exhausted all steps

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, Andrew Wetzel #539129
Address 620 Bell Hill RD
Homer, LA 71040

Page 2 of 4

(Rev. 5/1/13)

b.  Defendant, _See attached_ , is employed as _____ at _____ .

Defendant, _____ , is employed as _____ at _____ .

Defendant, _____ , is employed as _____ at _____ .

Additional defendants, _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

_See attached_

*(Rev. 5/1/13)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_See attached_

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _29_ day of _May_ , 20_16_.

_539179_

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**     **Signature of Plaintiff**

Mailed & signed this 2nd day of May, 2016

Andrew Wetzel
v.
Robert Tanner

United States District Court
Eastern District of Louisiana

DKT: **16-5765**

**SECT. 1 MAG. 2**

<u>Memorandum In support of 1983 complaint</u>

1.
<u>Jurisdiction</u>

This court has Jurisdiction as most of the events and/or defendants are within Washington parish.

2.
<u>Three Strikes / Prior Suits</u>

The plaintiff has three federal strikes. However, he is moving to proceed under the Imminent danger exception As he is being Housed with known enemies, and has been attacked within the last 3 weeks and he is still Housed ~~around the~~ offenders who threaten to do him harm.

3.
<u>Plaintiff</u>

The plaintiff is <u>Andrew Wetzel</u>.

4.
<u>Defendants</u>

A) <u>Robert Tanner</u>, warden RCC, ~~620 Bell Hill Rd Homer, LA 71040~~ 27268 Hwy 21 N Angie, LA 70420

B) <u>John Doe #1</u>, Asst. Warden (Security) RCC - Same address

C) <u>John Doe #2</u>, Investigations Supervisor RCC - Same address

pp 1 of 3

D) John Doe #3, Investigation Officer - RCC, Same as above

E) John Doe #4, Mental Health Doctor - RCC, Same as above

F) Jane Doe #1, Mental Health/Social Worker - RCC, Same as above

J) John Doe #5, Shift Supervisor - RCC, Same as above

H) John Doe #6, Area Supervisor - RCC, Same as above

I) John Doe #7, Key Officer - RCC, Same address

J) John Doe #8, Tier Officer - RCC, Same address

K) Jerry Goodwin, Warden - RWCC, 670 Bell Hill Rd, Homer, LA 71040

L) Angie Huff, Asst. Warden (Security) - RWCC - Same address

M) Lonnie Nail, Colonel DRCC - Same address

N) Mark Hunter, Classified Officer DRCC - Same address

## 5.
## CLAIMS

Plaintiff was sexually assaulted by a known sexual predator at DWRCC. Defendants Tanner, and John Doe(s) 1-8 and Jane Doe #1 knew of and failed to stop the attack and/or failed to train such officers.

pp 2 of 3

Plaintiff was again sexually attacked at RCC by a second known sexual predator. Defendants Tanner, and John Does/# 1-8, and Jane Doe #1 knew of and failed to stop the attack and/or failed to train such officer.

Plaintiff was again attacked at DWCC by a known sexual predator and known enemy on his don't House with list. Defendants Goodwin, Huff, Nail and Hunter failed to prevent such attack and/or train officers.

## 6.
## Relief

(A) A Jury Trial (B) Damages of $250,000.00 against each defendant. ($3,500,000.00)

s/ Andrew D. wetzel
Andrew D. wetzel
Plaintiff

## Certificate

All the above is true and correct under the penalty of perjury.
This 2nd day of May, 2016
s/ Andrew wetzel
Andrew wetzel

pp 3 of 3